THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terris L.
 Martin, Appellant.
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2010-UP-286
Submitted May 3, 2010  Filed May 20, 2010

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., and Solicitor Warren Blair
 Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:   Terris
 L. Martin appeals his guilty plea to possession with intent to distribute
 marijuana, second offense.  On appeal, Martin argues the plea court erred in
 finding his guilty plea was knowingly,
 intelligently, and voluntarily entered because the plea court failed to explain
 to him that the inference of intent to distribute was permissive, not mandatory.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v.
 Barton, 325 S.C. 522, 530 n.6, 481
 S.E.2d 439, 443 n.6 (Ct. App. 1997) (holding absent a timely objection at the
 plea proceeding, the unknowing and involuntary nature of a guilty plea will not
 be considered on direct appeal).  
AFFIRMED.
HUFF, SHORT, and WILLIAMS,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.